PROB 12B
(7/93)

Report Date: June 5, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 8 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Stephan Alexander Goodwin        Case Number: 2:12CR00010-001

Name of Sentencing Judicial Officer: The Honorable Robert S. Lasnik, Chief U.S. District Judge, Western District of Washington

Name of Supervising Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 02/06/2009          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)          Date Supervision Commenced: 12/23/2011

Original Sentence: Prison - 48 Months; TSR - 36 Months          Date Supervision Expires: 12/22/2014

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Stephan Alexander was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Alexander has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/05/2012

s/M.D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

Prob 12B
**Re: Goodwin, Stephan Alexander**
**June 5, 2012**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

_June 15, 2012_
Date